THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* DONALD J. PRATL, Defendant-Appellee.

(No. 54841; )

First District—January 26, 1971.

Opinion by Mr. JUSTICE STAMOS.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Matthew J. Moran, Assistant State's Attorneys, of counsel,) for the People.

Geter & Geter, of Chicago, for appellee.

*In re* Estate of FLORENCE M. HAYES, Deceased—(SHIRLEY M. HAYES, Admrx., Petitioner-Appellant, *v.* ANNA BLAKE *et al.,* Respondents-Appellees.)

(No. 54843; )

First District—February 18, 1971.

*Rehearing denied March 25, 1971.*